# UNITED STATES DISTRICT COURT
## District of Minnesota

LaRon Young,

**JUDGMENT IN A CIVIL CASE**

          Plaintiff,

v.

Case Number: 20-cv-1486 (PAM/KMM)

PepsiCo, Inc.,

          Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Motion to Dismiss (Docket No. 5) is **GRANTED**; and

2. The Complaint (Docket No. 1-1) is **DISMISSED with prejudice**.

Date: 8/10/2020

KATE M. FOGARTY, CLERK